**ORIGINAL**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 6 2023

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. **5:23-CR-100-Z** |
| DANIEL RAY GARCIA | |

### INDICTMENT

The Grand Jury Charges:

### Count One
Mailing a Threatening Communication
(Violation of 18 U.S.C. § 876(c))

On or about July 12, 2023, in the Northern District of Texas and elsewhere, the defendant, **Daniel Ray Garcia**, knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication, that is, a letter, addressed to an individual United States District Court Judge in Lubbock, Texas, dated July 4, 2023, and knowingly containing a threat to injure and kill the United States District Court Judge.

All in violation of 18 U.S.C. § 876(c).

Count Two
Mailing a Threatening Communication
(Violation of 18 U.S.C. § 876(c))

On or about July 12, 2023, in the Northern District of Texas and elsewhere, the defendant, **Daniel Ray Garcia**, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication, that is, a letter addressed to an individual United States District Court Judge in Lubbock, Texas, dated July 9, 2023, and knowingly containing a threat to injure and kill the United States District Court Judge.

All in violation of 18 U.S.C. § 876(c).

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
801 Cherry St., Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Fax: 817-252-5455
Email: matthew.weybrecht@usdoj.gov

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

DANIEL RAY GARCIA (01)

INDICTMENT

18 U.S.C. § 876(c)
Mailing a Threatening Communication
Count 1

18 U.S.C. § 876(c)
Mailing a Threatening Communication
Count 2

A true bill rendered.

DALLAS                                                                 FOREPERSON

Filed in open court this 26th day of September, 2023.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE