**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 5:23-CR-0100-Z-BR** |
| | § | |
| **DANIEL RAY GARCIA** | § | |

## NOTICE OF INSANITY DEFENSE

I, Daniel Ray Garcia, the above-named Defendant, through my attorney, Eric Coats, Assistant Federal Public Defender, pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure, hereby notify the Office of the United States Attorney that I intend to rely upon the defense of insanity at the time of the alleged offense.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

  /s/ Eric Coats
ERIC COATS
Assistant Federal Public Defender
500 S. Taylor, Suite 110
Amarillo, Texas 79101
Phone (806) 324-2370
Texas Bar No. 00783845

**ATTORNEY FOR DEFENDANT
DANIEL RAY GARCIA**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2023 I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to Assistant U.S. Attorney Matthew Weybrecht, the attorney of record in this case, who has consented in writing to accept this Notice as service of this document by electronic means.

                                */s/ Eric Coats*
                                ERIC COATS