**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 5:23-CR-0100-Z-BR** |
| | § | "ECF" |
| **DANIEL RAY GARCIA** | § | |

**MOTION FOR EXAMINATION OF COMPETENCY TO STAND TRIAL**
**AND SANITY AT TIME ALLEGED OFFENSE COMMITTED**

Daniel Ray Garcia ("Garcia"), the above-named defendant, by and through his attorney, Eric Coats, Assistant Federal Public Defender, files this motion pursuant to Title 18, United States Code §§ 4241(a), 4242(a), and 4247(d), for entry of an order providing that Garcia be examined at a United States Medical Center for Federal Prisoners to determine whether he is competent to stand trial, and whether or not he was legally insane at the time of commission of the alleged offense, and in support of said motion, respectfully shows the Court as follows:

**I.**

Undersigned counsel was appointed to represent Garcia on November 9, 2032, and initially met with Garcia on November 13, 2023.   As a result of all these meetings it is the opinion of counsel that Garcia is presently suffering from a mental disorder or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.   Counsel is also concerned that Garcia is suffering from medical conditions that could rendered him incompetent.   Undersigned counsel further questions the legal sanity of Garcia at the time the alleged offense was committed.   Accordingly, counsel has also filed a Notice of Insanity defense in this cause.

Motion For Examination of Competency and Sanity - Garcia - Page  1

**II.**

For these reasons, and to fully comply with his legal and ethical duties in providing

representation to Garcia, undersigned counsel respectfully requests that this Court enter an order

directing that Garcia be examined at a United States Medical Center for Federal Prisoners to

determine whether he is competent to stand trial and to further determine whether or not Garcia

was legally insane at the time of the commission of the alleged offense.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

    /s/ Eric Coats
ERIC COATS
Assistant Federal Public Defender
500 S. Taylor, Suite 110
Amarillo, Texas 79101
Phone (806) 324-2370
Texas Bar No. 00783845

**ATTORNEY FOR DEFENDANT
DANIEL RAY GARCIA**

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned counsel has consulted with Matthew Weybrecht Assistant U.S. Attorney, regarding this Motion, and he indicated that the Government does not oppose with the foregoing motion.

*/s/ Eric Coats*
ERIC COATS

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to Assistant U.S. Attorney Matthew Weybrecht, the attorney of record in this case, who has consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Eric Coats*
ERIC COATS